UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STINSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SPECIALIZED LOAN SERVICING, LLC,<br><br>　　　　Defendant. | No. 2:16-cv-01903 MCE GGH<br><br><br>ORDER |

This court will hold a hearing regarding plaintiff's pending Ex Parte Application for a Temporary Restraining Order on Thursday October 5, 2017 at 10:00 a.m. in the Federal District Court, 501 I Street, Sacramento, CA 95814, 13th Floor, Courtroom No. 9. Attorneys Kristy A. Hernandez and Neeru Jindal are directed to appear in person as is plaintiff Michael Stinson. Attorney Jordan Yu is directed to be available by telephone and shall call this court's Courtroom Deputy, Johnathan Anderson, at (916) 930-4072 to provide a contact number for the time of the hearing upon receipt of this Order.

Attorney Jindal is ordered to bring copies of all loan modification denials referenced in his recently filed Declaration.

**IT IS SO ORDERED**.

Dated: October 3, 2017

　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE