1
Kristy A. Hernandez, SBN: 231141
HERNANDEZ LAW GROUP
7777 Greenback Lane, Suite 212
Citrus Heights, CA 95610
Phone: (916) 728-1500
Facsimile: (916) 728-1515
E-Mail: Kristy@khlawoffices.com

Attorneys for Plaintiff,
MICHAEL STINSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STINSON, an individual; | Case No.: 2:16-cv-01903-MCE-GGH |
| Plaintiff, | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| SPECIALIZED LOAN SERVICING, LLC; and DOES 1 through 50, inclusive, | |
| Defendants. | |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) stipulated, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs. That stipulation is approved, and the entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: April 4, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE